

For Admiralty And Maritime Claims

And Administrative Rule Claims Rule C6, F

|  |  |
|---|---|
| *Armand Calhoun*, et. al., *v. United States*. ) | Case No: 2:21-0981-MJP |
| ) | Invoice: 2021-155-6947-6 |
| ) | Notice of Action & Claim |
| ) | Notice of Fiduciary Breach |
| ) | UCC §3-307; UCC §2-206 |
| ) | In-Lieu – Service - |

| For: | The Biden Administration |
|---|---|
| To: | The United Nations World Court – |
| To: | The United States Insurance Commission – NAIC/OIC |
| To: | Inspector General, Security Exchange Commission |
| To: | The Treasury Department, Revenue |

**PLEASE BE ADVISED**: The Undersigned Complainant is providing Notice to each and all parties to the matter of Calhoun v. United States, with any other parties that may or may not require notice. This notice is to inform the beneficiary, fiduciary, or trustee of action, whether or not the representative appears or any liable party to the matter is enjoined and severed for consecutive actions for the forgoing criminal and civil acts while usurping office in either capacity.

Constructive Notice & claims in recoupment    -1 of 3

**ALSO, PLEASE BE ADVISED:** That the Undersigned signifies this constructive notice with conditional acceptance, rejecting Marsha J. Pechman's Order to DISMISS WITH PREJUDICE after service, should the court fail to follow the same rules intending to assert as the order itself is prejudice, in which the Complainant accepts, in part, the corrupt order for value. Where there is no significant value provides an open price and open terms.

**FINALLY, BE ADVISED:** **The Undersigned Complainant**, Mr. Armand R. Calhoun, sets forth the Articles of Impeachment for High Crimes and Terrorism against the official or office responsible for the commission of such specified activities while engaged in numerous crimes against humanity invoking the United Nations apply conventional Customary Law and Constitutional authority, in which the Complainant will detail racial injustice and subversive actions for whomever orchestrated unreasonable denials and delays, operating in tandem is in fact on behalf of the fiduciary and assistant, responsible for diversions, misleading information to redline, blacklist, or blackmail any black-male contingent to find a missing child, abducted and kidnapped by the United States, State of Washington, thereafter contend to blame the Undersigned by covert tactics, and racial *stats* in covert venues, or provide unruly threats by asserting the law towards the Complainant should he continue to search for his missing child and report the involuntary service due to the *"initial"* judiciary officer, together with the associates contending to hide, detain, and conceal the efforts to distort the truth by blaming the Undersigned, in its very essence is the reason for this action, or the delays that come with. Hereby, no official is immune or specially privileged when the unconventional Act-ion taken was (un)authorized using unconstitutional functions to commit a high crime or contend denying Civil Rights, the Authorizer loses jurisdiction to rule contemporaneous with the unconstitutional vaccine mandate, which will be addressed pursuant the Articles in the Nature of the Prerogative Writ holding a peremptory on Rules, Conventional Civil Laws, and Uniform Commercial Codes. The United States Constitution of 1787 is held limited excluding the Bill of Rights, substituted for the Conventional Constitution of *1787*, the Hague and the *annexed* edition, consistent with *The Treaty of France*, providing an En Banc, non-judicial or jurisdictional appearance for which the matter is found conclusive on the merits should the Authorizer simply fail to admit or deny the action is either at fault or in default subject to claim, should the Complainant show that work was furnished and complete without receiving compensation, although, compensation cheated, detained, or stolen.

**The Undersigned** Complainant provided Notice to the fiduciary's representative or agent whom provided notice to the fiduciary. This Notice requires furnishing within 10 days, 20 for the underwriter or adjuster to respond followed by the initial (de)brief, mandated action and claim with the same time

sensitive remedies, for which the Official Authorizers who rendered a criminal act in their personal capacity establishes the doctrine: *Jus In Rem*, directed to *Official* who accepts and invokes child kidnapping, extortion, and hides behind corrupt corporate immunity will be subjected to a True Bill set in Commerce; thus, revoking negotiations subject to UCC §3-202(a)(i), Bill of Rights Art. 1, 4, 8, and 13, in connection with any commerce clause while allowing unnecessary interferences to appear from other states and influence proceedings requires a warranty affixed with a stop-order for withholding funds, or allowing funds to become stolen, however issued a threat on the Undersigned.

The Undersigned sets forth this personal hand delivery was performed to the federal registry in the Western district of Washington at Seattle on November 9th, 2021.

REJECTING the Order 2:21-00981, or any others from either Marsha J. Pechman or Benjamin Settle, in connection with all State court actors or their actions; hereby, the actors are Sanctioned in either capacity SUBJECT to the same *penalties and remedies* applied to the adjusted Bill and Payment and the List of Impeachment for deploying such actions; reverse and remand such actions for failing specific functions, deliberately breached specific duties without good cause shown; but-for violation of specific Rights; Therefore, no official is granted immunity pursuant to RCW 48.32.150, and no legal claim will be denied when the matter pertains to a missing child, for dismissing any legitimate action with prejudice requires removal with prejudice, 28 U.S.C. §1442.

REJECTING, the Treasury Department letter dated November 3rd, 2021; notwithstanding, this Notice is Constructive and adequate response will be Accepted via Affidavit or signed by the real party sent by certified mail. Emails and Zoom meeting are not accepted and will provide contempt in connection with the above mentioned beneficiary is subjected to the same *penalties and remedies* for denial and delay, and residual threats.

s/ ARMAND E.R. CALHOUN          s/ _____

                                206. 637. 5426

**RCW 39.46.110; 48.28.050**

PRECLAIM NOTICE TO CONTRACTOR OR SUBCONTRACTOR

MATERIALS, SUPPLIERS FOR CLAIM AGAINST B-COUPON

RETAINAGE AND PERCENTAGES

UCC §2-609 (2); UCC §9-203/312/316; UCC §9-602/607

31 U.S.C. §3123; 40 U.S.C. §3133; 46 U.S.C. §31301

RCW 60.04.-60.80. et. seq., HJR 192 73.10

TO: <u>Marsha Pechman,</u>

Located: <u>Western Washington district court at Seattle</u>

YOU ARE HEREBY UNDER SPECIFIC MANDATE <u>that the Undersigned, Mr. Anthony Blinken, secretary of State, Department of State, at the request of Mr. Armand R. Calhoun, commenced to deliver or furnish materials, supplies, and/or equipment for the use in the construction, alteration, and/or repair of that certain project known as *vessel and ship repairs*, which is located at Western Washington District court-Seattle. The Undersigned has a claim of, 46 U.S.C. §53106(1)(A)(B)(C), and RCW 48.15.090(1), maximum amount including a percentage of (12%) interest. If the Undersigned is not paid for these materials, supplies, and/or equipment, the Undersigned will apply a Commercial Lien against the subsistence or any other remedy provided pursuant to the mechanics Lien; notwithstanding, the payment of any sum that is due, or may become due and owing to the Undersigned.</u>

DATED this 9<u>th</u>, day of <u>November</u>, in the year 20<u>21</u>.

                                                    Claimant

By: _____*Armand R. Calhoun*_____

Its: _____Power of attorney in-fact_____

Address: ___c/o 511 M. Street Ne #107___

            ___Auburn, Wa  98002___

Contractor's registration No.