```
_____FILED        _____ENTERED
_____LODGED       _____RECEIVED
```

DEC 14 2021   JC

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## Affidavit of Truth

## For Admiralty and Maritime Claims Rule

## And Administrative Claims Rule C, 9(e)

|  |  |
|---|---|
| | *2o981-MJP* |
| Armand R. Calhoun, | ) Case No. 2:21-cv-~~01613~~ |
| Robert N. Flores, | ) Request to Enforce |
| Q. and T. (minors) | ) Settlement Agreement |
| Lenders, | ) UCC §3-305 |
| & | ) Clerk's Actions Required [ ] |
| Bank of America, et. al., | ) *Note 12.15.21* |
| Borrower(s) | ) |

On October 29th, 2021, the parties agreed upon a stipulated agreement through a mutual resolution to resolve the case without proceeding further litigation. The time period for the Respondent to meet the obligations of the Agreement has passed and the opposing party is now in default. The balance owing is $630,000,000.00 (six hundred thirty million U.S. lawful credits). The Complainants request a hearing in order to enforce the agreement of the parties. The Undersigned request reasonable fees, cost, and expenses are separate.

...

## Certificate of Service

The Undersigned certifies that a true copy of this document has been submitted to the Respondent either by hand delivery, process server, or via USPS prepaid postage to the address on file with the state, delivered to his, her, their, or its authorized representative allowed to accept documents on behalf of the opposing party.

ON THIS /2nd day of December, in the year twenty twenty-one.

Bank of America-NA,
18 Auburn Way North
Auburn, Wa 98002

All document on file with BoA:  ***Assignment***

Affidavit to Compel

Stipulated Agreement

Check – *Chargeback*-chk #101

Control Agreement

Attachment & Cosigner Agreement

Security Agreement(s)

Certificate of Service (per. Murphy)

General Release with Offer

s/ [signature]
206.637.9426