UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARMAND R. CALHOUN,<br><br>                Plaintiff,<br><br>    v.<br><br>JAQUELINE SCOTT et al.,<br><br>                Defendants. | CASE NO. C21-981 MJP<br><br>ORDER DENYING MOTION TO ENFORCE SETTLEMENT |

This matter is before the Court on Plaintiff's motion to enforce a settlement agreement. (Dkt. No. 37.) The Court DENIES the motion.

In the motion, Plaintiff alleges he has a settlement agreement with Bank of America and that Bank of America is in default and owes him $630 million. (Dkt. No. 37 at 1.) Bank of America is not a party to this proceeding and these allegations are completely unrelated to the ones in Plaintiff's proposed complaint and proposed amended complaint. (See Dkt. Nos. 6, 14.) The motion is DENIED and this case remains closed. (See Dkt. Nos. 24, 33.)

The clerk is ordered to provide copies of this order to Plaintiff.

Dated February 7, 2022.

Marsha J. Pechman
United States Senior District Judge